**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SIEMENS GAMESA RENEWABLE
ENERGY A/S,

       Plaintiff,

v.                                                                CASE NO. 1:21-cv-10216-WGY

GENERAL ELECTRIC CO. et al,

       Defendant.

_____/

**PLAINTIFF'S MOTION TO PRECLUDE CERTAIN OPINIONS OF GE'S DAMAGES EXPERT, CHRISTINE S. MEYER**

Plaintiff Siemens Gamesa Renewable Energy A/S ("Plaintiff") hereby moves to preclude General Electric's damages expert, Christine S. Meyer, from offering opinions regarding: (1) the incorrect date of hypothetical negotiation; (2) the existence of a noninfringing alternative; (3) her calculated royalty rate; and (4) certain patent licenses and purchase orders.

The accompanying memorandum explains that, based on the record in this case, Dr. Meyer's testimony regarding the above is unreliable and, therefore, Plaintiff's motion in this regard should be granted.

Respectfully submitted this 16 day of December, 2021.

                             *s/ Cory C. Bell*
                             CORY C. BELL, ESQ.
                             ALISSA K. LIPTON, ESQ.
                             FINNEGAN HENDERSON FARABOW
                             GARRETT & DUNNER, LLP
                             Two Seaport Lane
                             Boston, Massachusetts 02210

Telephone (617) 646-1600
Facsimile (617) 646-1666
cory.bell@finnegan.com
alissa.lipton@finnegan.com

ROBERT W. THIELHELM, JR., ESQ. (PHV)
Florida Bar No. 889679
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
rthielhelm@bakerlaw.com

LEIF R. SIGMOND, JR., ESQ. (PHV)
MICHAEL D. GANNON, ESQ. (PHV)
DOUGLAS S. RUPERT, ESQ. (PHV)
STEPHANIE J. NELSON, ESQ. (PHV)
BAKER & HOSTETLER LLP
One N. Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone (312) 416-6200
Facsimile (312) 416-6201
lsigmond@bakerlaw.com
mgannon@bakerlaw.com
drupert@bakerlaw.com

DANIEL J. GOETTLE, ESQ. (PHV)
STEPHANIE M. HATZIKYRIAKOU, ESQ. (PHV)
Primary:  shatzikyriakou@bakerlaw.com
BAKER & HOSTETLER LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel:  (215) 568-3100
Fax:  (215) 568-3439

*Attorneys for Plaintiff, Siemens*
*Gamesa Renewable Energy A/S*

4895-6519-0918.1

## **<u>CERTIFICATE OF CONSULTATION</u>**

Pursuant to Local Rule 7.1, I certify that I have conferred with counsel for the Defendant on December 13, 2021 regarding the relief requested herein.  Counsel for Defendant has indicated that they oppose the relief requested herein.

*s/ Stephanie M. Hatzikyriakou*
STEPHANIE HATZIKYRIAKOU

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a copy of this document to be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants.

*s/ Cory C. Bell*
CORY C. BELL