UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIEMENS GAMESA RENEWABLE ENERGY A/S, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC CO., <br><br> Defendant. | CIVIL ACTION <br> No. 21-10216-WGY |

JURY VERDICT

In answering the following questions, you are to follow all of the instructions I have given you. Your answers to each question must be unanimous.

This verdict form uses the following abbreviations:

SGRE: Siemens Gamesa Renewable Energy A/S

GE: General Electric Co.

'776 Patent: U.S. Patent No. 8,575,776.

'413 Patent: U.S. Patent No. 9,279,413.

**Question 1: '776 Patent.** With respect to the claims in the '776 Patent (answer "yes" or "no" in each box):

|  | **Validity** ("yes" is a finding for GE; "no" is a finding for Siemens) | | | **Infringed?** ("yes" is a finding for SGRE; "no" is a finding for GE) | |
|---|---|---|---|---|---|
|  | Anticipated? | Obvious? | Lack of Written Dscription? | Directly? | By Doctrine of Equivalents? |
| Claim 1 | No | Yes | Yes | No | No |
| Claim 2 | No | Yes | No | No | |
| Claim 3 | No | Yes | No | No | |
| Claim 6 | No | Yes | No | No | |
| Claim 7 | No | Yes | No | No | |

**Question 2: '413 Patent.** With respect to the claims in the '413 Patent (answer "yes" or "no" in each box):

|  | **Validity** ("yes" is a finding for GE; "no" is a finding for SGRE) | | **Infringed?** ("yes" is a finding for SGRE; "no" is a finding for GE) | |
|---|---|---|---|---|
|  | Anticipated? | Obvious? | Directly? | By Doctrine of Equivalents? |
| Claim 1 | No | No | No | Yes |
| Claim 2 | No | No | Yes | |
| Claim 8 | No | No | Yes | |
| Claim 11 | No | No | Yes | |

**Question 3: Willful Infringement.** If you find that GE infringed one or more of the claims in either patent, was the infringement willful? Answer "yes" or "no." <u>A "yes" is a finding for SGRE. A "no" is a finding for GE.</u>

      Answer: <u>No</u>

**Question 4: Total Lost Profits Damages.** If you find that GE infringed one or more of the valid claims in either patent, has SGRE proved lost profits as a result? Answer "yes" or "no." <u>A "yes" is a finding for SGRE. A "no" is a finding for GE.</u>

      Answer: <u>No</u>

**Question 5: Reasonable Royalty Rate.** If you find that GE infringed one or more of the valid claims in either patent, has SGRE proved its entitlement to a <u>running reasonable royalty rate</u> (in dollars per megawatt). <u>A "yes" is a finding for SGRE. A "no" is a finding for GE.</u>

      Answer: <u>Yes</u>

If your answer to Question 5 is "yes," what running reasonable royalty rate do you award?

Running Reasonable Royalty Rate: $ <u>30,000</u>  Per Megawatt

_____
Forelady

Date: 6/17/22