UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIEMENS GAMESA RENEWABLE ENERGY A/S,<br><br>      Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>      Defendant. | Case No. 1:21-cv-10216-WGY |

### [JOINT PROPOSED] ORDER *[handwritten: WGY]*

The Court hereby **ALLOWS** the Joint Motion to Vacate This Court's Amended Final Order Including Permanent Injunction (Dkt. 523) in View of Settlement filed by Plaintiff Siemens Gamesa Renewable Energy A/S ("SGRE") and Defendant General Electric Company ("GE") (collectively, "the parties") as follows:

1. The Amended Final Order Including Permanent Injunction (Dkt. 523) is hereby vacated in its entirety.

2. The Court's Finance Department shall immediately release to GE all funds deposited by GE into the registry of the Court and any accrued interest. *[handwritten: antitrust]*

3. *[handwritten: This Court has not considered any possible implications of the parties' settlement and this order is not to be taken as any expression of opinion thereon.]*

SO ORDERED *[handwritten: as modified.]*

Dated: *[handwritten: April 3, 2023]*

                                                  /s/ William G. Young
                                                  WILLIAM G. YOUNG
                                                  DISTRICT JUDGE